IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: DUTY ASSIGNMENT          : No. 604 Judicial Administration
SCHEDULE FOR EMERGENCY          : Docket
PETITIONS IN THE YEAR 2024      :

## **ORDER**

**PER CURIAM:**

    **AND NOW**, this 27th day of December, 2023, the emergency duty assignment for the year 2024, is herewith adopted.

| | | |
|---|---|---|
| January | Justice Christine Donohue | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| February | Justice David Wecht | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |
| March | Justice P. Kevin Brobson | (Eastern District) |
| | Justice Daniel McCaffery | (Western District) |
| April | Justice Christine Donohue | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| May | Justice David Wecht | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |
| June | Justice P. Kevin Brobson | (Eastern District) |
| | Justice Daniel McCaffery | (Western District) |
| July | Justice Christine Donohue | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| August | Justice David Wecht | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |
| September | Justice P. Kevin Brobson | (Eastern District) |
| | Justice Daniel McCaffery | (Western District) |

| | | |
|---|---|---|
| October | Justice Christine Donohue | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| November | Justice David Wecht | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |
| December | Justice P. Kevin Brobson | (Eastern District) |
| | Justice Daniel McCaffery | (Western District) |